Utica Gas and Electric Company, Appellant, v. Perry Kingston, Respondent.— Judgment affirmed, with costs. Held, that under the issue tendered by the defense alleged in the answer and evidence given in support thereof, a question of fact was presented for a jury, both upon the claim of rent and taxes sought to be recovered. 2. Also, that plaintiff was not justified in paying the taxes to the city of Little Falls with intent to collect the same from the defendant, without his request or authority or refusal upon the part of the defendant to pay the same to the city. 3. That the plaintiff is not entitled to recover the taxes here involved in any event, except pursuant to an allegation, and proof made in support thereof, that the plaintiff had, before the commencement of the action, paid the same. There being no allegation thereof, the court erred in receiving evidence that the taxes were paid by the plaintiff. All concurred.

Arthur Hollows, Plaintiff, v. Della Gridley, Appellant, Impleaded with Michael Iuppa and Another. Respondents, and Others.— Judgment affirmed, with costs. Held, and this court finds that there was a substantial performance of the contract, and, so far as the 25th finding of fact, made at the request of the appellant, is inconsistent therewith, it is disapproved. All concurred.

Harry A. Bickle, Respondent, v. Mary A. Joyce, as Administratrix, etc., Appellant.— Order reversed and motion denied, without costs, upon the ground that the action of the plaintiff in presenting his claim before the surrogate and the adjudication and allowance thereof by the Surrogate's Court, and the making of an order of distribution to pay the same, in effect was a discontinuance of the action in the County Court. All concurred.

Edward Mang, Respondent, v. George Phettaplace, Appellant.— Orders affirmed, with ten dollars costs and disbursements. All concurred.

Ella Rowbotham, Respondent, v. The City of Oswego, Appellant.— Judgment and order affirmed, with costs. All concurred.

V. Joseph Meyer, Respondent, v. Homer C. Miller, Appellant.— Judgment and order affirmed, with costs. All concurred.

Cornelia M. Mabie, Respondent, v. Edmund Seymour and Another, Appellants, Impleaded with Others.— Interlocutory judgment affirmed, with costs. All concurred.

Plymouth Garage, Inc., Appellant, v. James B. Shanly and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Claim of Harry A. Bickle, Appellant, as a Preferred Claim against the Estate of Edward Joyce, Deceased. Mary A. Joyce, as Administratrix, etc., Respondent.— Decree affirmed, without costs. (See Jessup-Redfield Surr. § 807, and cases there cited.) All concurred.